UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GORMIDOU LAVELA,

Plaintiff,

v.

COUNTY OF GOODHUE, and
THE MINNESOTA DEPARTMENT
OF HUMAN SERVICES,

Defendants.

Civil No. 01-2141 (PAM/JGL)

**ORDER**

The above-entitled matter is before the Court on Plaintiff's "Application To Proceed Without Prepayment Of Fees," (Docket No. 4), by which he seeks leave to proceed in forma pauperis ("IFP") in this matter, pursuant to 28 U.S.C. § 1915(a).

The Court finds that Plaintiff is eligible for IFP status, and his application will therefore be granted. In addition, the Court will direct the U.S. Marshal to effect service of process on the named Defendants, as required by 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(2).

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

(1) Plaintiff's "Application To Proceed Without Prepayment Of Fees," (Docket No. 4), is GRANTED; and

(2) The Clerk of Court shall issue a summons, and the U.S. Marshal shall effect service of process on the named Defendants.

Dated: November 28, 2001

PAUL A. MAGNUSON
United States District Court Judge

FILED NOV 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK