UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gormidou Lavela, et al.,

Plaintiff,

v.

County of Goodhue and the Minnesota Department of Human Services,

Defendants.

Civ. File No. 01-2141 (PAM/JGL)

**ORDER**

---

Plaintiff Gormidou Lavela has come to the Court seeking a temporary restraining order prohibiting Defendants from altering the findings of fact and conclusions of law that Defendants issued on November 15, 2001. As Defendants point out, Mr. Lavela's appeal of the state agency interpretation of state law is more appropriately addressed to the state district court. See Minn. Stat. § 256.045, subd. 7. Notwithstanding the fact that Mr. Lavela feels that the Minnesota court system is inherently hostile to minorities, state district court is the proper venue to address Mr. Lavela's complaints.

Accordingly, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for a Temporary Restraining Order (Clerk Doc. No. 2) is **DENIED without prejudice**.

Dated: December 21, 2001

Paul A. Magnuson
United States District Court Judge

DEC 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK