UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2141 (JEL/JGL)

GORMIDOU LAVELA,

Plaintiff,

v.

**PRETRIAL ORDER**

COUNTY OF GOODHUE, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one day;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to September 1, 2002;

3. The period during which the parties may seek discovery shall be completed by October 1, 2002;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to October 1, 2002;

5. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to November 1, 2002; and

6. This case will be considered "ready for trial' as of December 1, 2002.

DATED: July 23, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed JUL 23 2002
Richard D. Sletten, Clerk
Judgment Entd.
Deputy Clerk